Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834
Tel: 973-453-2838
Fax: 973-453-2869
*Attorneys for Debtor{s}*
Scott J. Goldstein, Esq., (016472004)

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| In re Paul and Eileen Valverde | Case No. 18-18869<br><br>Chapter 13<br><br>Hon. Vincent F. Papalia |

**NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7**

To:  All Parties on the Attached Certificate of Service:

PLEASE TAKE NOTICE that Paul Valverde and Eileen Valverde the Chapter 13 Debtor in the above captioned matter hereby requests to convert this case from a case under Chapter 13 of the United States Bankruptcy Code to a case under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. §1307.

PLEASE TAKE FURTHER NOTICE that the Debtors shall rely on the Certification of Scott J. Goldstein, Esq. in support of this request.

PLEASE TAKE FURTHER NOTICE that, pursuant to D.N.J. LBR 9013-1(a), a proposed order setting forth the relief requested is being filed contemporaneously herewith.

PLEASE TAKE FUTHER NOTICE that, as this matter does not involve complex factual and/or legal issues no Memorandum of Law is submitted herewith pursuant to D.N.J. LBR 9013-2.

    Law Offices of Scott J. Goldstein, LLC


    By:   /s/Scott J Goldstein  (016472004)
        SCOTT J GOLDSTEIN

        280 West Main Street
        Denville, NJ 07834
        Tel:  (973) 453-2838
        Fax:  (973) 453-2869
        sjg@sgoldsteinlaw.com
        Attorney for Debtors

Dated:  February 28, 2019