Law Offices of Scott J. Goldstein, LLC
280 WEST MAIN STREET
DENVILLE, NEW JERSEY 07834
TEL:  973-453-2838
FAX:  973-453-2869
SJG@SGOLDSTEINLAW.COM
Scott J. Goldstein, Esq. (016472004)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

In re:

    Paul Valverde

Chapter  13 Debtor

Case No. 18-18869

Chapter 1313

Hon. Vincent Papalia

## DECLARATION OF SCOTT J. GOLDSTEIN, ESQ.

SCOTT J. GOLDSTEIN, ESQ. hereby declares as follows under penalty of perjury:

1. I am an attorney at law of the State of New Jersey, admitted to practice before this Court.
2. I am a member of the Law Offices of Scott J. Goldstein, LLC, counsel to the Debtors in this matter.
3. I am the attorney with primary responsibility for this matter, as such, I have personal knowledge of the facts set forth in this Declaration, which I make in support of the Debtor's application to convert this case to Chapter 7.
4. The debtors filed this case under Chapter 13 on April 30, 2018.  The Plan was confirmed on June 26, 2018.
5. The debtors have directed that I file an application to convert this case as their personal circumstances have changed and a Chapter 13 is no longer feasible, though they still need debt relief.
6. This application is not filed to hinder or delay any creditors.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND INFORMATION.  I UNDERSTAND THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE KNOWINGLY FALSE, I AM SUBJECT TO PUNISHMENT.

Dated:  February 28, 2019                                 /s/Scott J. Goldstein
                                                                                 SCOTT J. GOLDSTEIN