| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br><br>Attorney for Paul Valverde and Eileen Valverde, Debtors | |
| In Re:<br><br>  Paul Valverde<br>  Eileen Valverde,<br><br>                              Debtors. | Case No.:   18-18869<br>Hearing Date:<br>Judge:   VFP<br>Chapter:   13 |

## ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following pages numbered two (2) and three (3) in ORDERED.

*rev.8/1/15*

1

**ORDER CONVERTING CASE TO**
**CHAPTER 7**
**Page 2**

Upon the motion of Debtors, Paul Valverde and Eileen Valverde and for good cause shown, it is

ORDERED that this case is converted from chapter 13 to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

☒ amendments to previously filed schedules and statements at necessary,

☒ all schedules and statements required by 11 U.S.C. § 521(a) if such documents have not already been filed,

❏ a schedule of all property which was acquired after the commencement of the case, but before the entry of this order,

ORDERED that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further

ORDERED that if the case is converted from chapter 11, the debtor or chapter 11 trustee shall:

❏ immediately turn over to the chapter 7 trustee, all records and property of the estate of his/her custody or control,

❏ within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

*rev.8/1/15*

**ORDER CONVERTING CASE TO**
**CHAPTER 7**
**Page 3**

ORDERED that if the case is converting from chapter 13, the chapter 13 trustee shall

☒ within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED, that if the case is converting from chapter 13, upon the filing of trustee's Final Report, the chapter 13 trustee is discharged as trustee of the estate and the bond is cancelled.

*rev.8/1/15*